**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALI AFKHAMI | : |
| 4704 Caronia Way | |
| Fairfax, VA 22030 | : |
| | |
| Plaintiff, | : |
| | |
| vs. | : Civil No.: _____ |
| | |
| THE UNITED STATES OF AMERICA | : |
| Department of Agriculture | |
| 1400 Independence Avenue, SW | : |
| Washington, DC 20250 | |
| | : |
| | |
| Serve: | : |
| Matthew Graves, United States Attorney | |
| 555 4th Street, NW | : |
| Washington, DC 20530 | |
| | : |
| | |
| Also Serve: | : |
| The Honorable Merrick Garland | |
| Attorney General of the United States | : |
| Department of Justice Room 4400 | |
| 950 Pennsylvania Avenue, N.W. | : |
| Washington, D.C. 20530-0001 | |
| | : |
| And | |
| | : |
| ELROY LEWIS DENNIS | |
| 8931 Town Center Circle | : |
| Upper Marlboro, MD 20774 | |
| | : |
| Defendants. | |
| | : |

**<u>COMPLAINT</u>**

–1–

Plaintiff, Ali Afkhami (hereinafter "Afkhami"), by and through his attorney, Curtis D. Cannon, sues the United States of America (hereinafter "United States."), Defendant, and Elroy Lewis Dennis (hereinafter "Dennis"), Defendant, and states as follows:

1. This is an action arising under the Federal Tort Claim Act, 28 U.S.C. §2671, *et. seq*. This Honorable Court is vested with jurisdiction pursuant to 28 U.S.C. §1346 (b).

2. Venue lies in this Honorable Court under 28 U. S.C. §1402 in that the act or omission complained of occurred in this judicial district.

3. In accordance with 28 U.S.C. §2675, the claims which are the subject of this lawsuit were presented to the appropriate Federal agency on or about November 4, 2020. An amended Claim Form 95 was presented on or about October 14, 2021,

4. The claims were denied on March 17, 2022, and this civil action is filed within six (6) months.

5. Plaintiff Afkhami is a citizen of the United States of America, and is currently a resident of Fairfax, Virginia.

6. Defendant Dennis, upon information and belief, is a citizen of the United States of America, and is currently a resident of Upper Marlboro, Maryland.

7. Upon information and belief, at all times mentioned, Defendant Dennis, by and through the Department of Agriculture, a federal agency of the Defendant, United States of America, was the operator of a golf cart type of vehicle.

8. Upon information and belief, at all times mentioned, Defendant Dennis, was an agent, servant, and/or employee of United States Department of Agriculture, and he was acting within the scope of his respective principal-agent, master-servant, and/or employer-employee relationship, acting on behalf of, and with the permission and consent of Defendant United States in performing the acts and omissions set out in this Complaint.

9. Upon information and belief, the vehicle that Defendant Dennis is owned by and/or maintained by the Defendant United States of America.

10. On or about October 24, 2019, Defendant Dennis was operating the above referenced motor vehicle at the location of 12th and C Street, in Southwest, Washington, DC.

11. Defendant Dennis struck Plaintiff Afkhami while plaintiff was walking on the sidewalk.

12. Defendant Dennis owed a duty to Plaintiff Afkhami to operate his motor vehicle in a reasonable, proper and careful manner; to pay proper time and attention to his operation of the vehicle; to keep a proper lookout; to drive at an appropriate speed for the conditions then and there existing; to observe pedestrians; to take appropriate actions to avoid a collision when he knew or should have known one was imminent; and, to in all other ways operate his vehicle with due regard for the safety of all persons.

13. Defendant Dennis breached the duties set forth above and caused the vehicle to strike Plaintiff Afkhami as he was on the sidewalk.

## Count I
### (Negligence Action Against Defendant Dennis)

14. Plaintiff incorporates by reference herein all of the facts and allegations contained in paragraphs one through 13 of the Complaint, as if fully set forth herein, and further allege as follows:

15. As a direct and proximate result of the negligence of Defendant Dennis, Plaintiff suffered severe, permanent bodily injuries which have required medical treatment, including surgery.

16. Plaintiff Afkhami has incurred and will continue to incur medical expenses, has and will continue to suffer pain and discomfort, was caused inconvenience, has lost income, and suffered other economic and non-economic damages.

WHEREFORE, for the foregoing reasons, Plaintiff Afkhami demands judgment against Defendant Dennis in the sum of Two Million Dollars ($2,000,000).

## Count II

### (Negligence/Vicarious Liability/Respondeat Superior Action Against the Defendant United States of America)

17. Plaintiff incorporates by reference herein all of the facts and allegations contained in paragraphs one through 16 of the Complaint, as if fully set forth herein, and further allege as follows:

18. At all times relevant herein, Defendant Dennis was operating a vehicle owned by and maintained by the Defendant United States of America, and he was operating the vehicle within the scope of his employment and on behalf of the defendant.

19. Defendant United States of America gave permission to Defendant Dennis to operate its motor vehicle.

20. At all times relevant herein, Defendant United States of America, through its employee, agent and servant, Defendant Dennis, was negligent in the operation of the subject vehicle as set forth above.

21. As a direct and proximate result of the negligence of the Defendant United States of America's employee, agent and servant, the collision occurred, and Plaintiff sustained bodily injuries and resulting damages.

22. Defendant United States of America is vicariously liable for the actions or omissions of Defendant Dennis.

23. The Plaintiff has satisfied all conditions precedent to maintaining this action.

WHEREFORE, for the foregoing reasons, Plaintiff Afkhami demands judgment against Defendant United States of America in the sum of Two Million Dollars ($2,000,000).

                                                ALI AFKHAMI
                                                By counsel

Respectfully submitted,

GOLDBERG FINNEGAN CANNON, LLC


  /s/ Curtis D. Cannon
Curtis Daniel Cannon, Esq. #490182
8401 Colesville Road, #630
Silver Spring, Maryland 20910
(301) 589-2999
(301) 589-2644 (fax)
*Counsel for Plaintiff*
ccannon@goldbergfinnegan.com